**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6470**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICARDO ANTONIO DE LOS SANTOS-MORA,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (CR-96-49)

─────────────

Submitted:  July 26, 2001              Decided:  August 2, 2001

─────────────

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Ricardo Antonio De Los Santos-Mora, Appellant Pro Se.  Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricardo Antonio De Los Santos-Mora seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny De Los Santos-Mora's motions for a certificate of appealability and to proceed in forma pauperis, and dismiss the appeal on the reasoning of the district court. <u>United States v. De Los Santos-Mora</u>, No. CR-96-49 (E.D. Va. Feb. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2